**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 2 2 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

RUSLAN ROSHKO on behalf of himself and
all other similarly situated consumers

                              Plaintiff,

        -against-

MIDLAND CREDIT MANAGEMENT, INC.,
MIDLAND FUNDING, LLC, AND
ENCORE CAPITAL GROUP, INC.

                              Defendant.

_____

Case No. 1:17-cv-00745-ARR-JO

**STIPULATION OF
DISMISSAL**

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the

attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant,

incompetent person for whom a committee has been appointed or conservatee, and or person not a

party has an interest in the subject matter of the action, the above-entitled action be, and the same

hereby is discontinued with prejudice without costs to either party as against the other. This

stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
        June 20, 2017

/s/ Maxim Maximov
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

Dated: New York, New York
        June 20, 2017

/s/ Joseph Adam Hess
Joseph Adam Hess, Esq.
Marshall Dennehey Warner Coleman & Goggin
Attorney for the Defendant
88 Pine Street, 21st Floor
New York, New York 10005
Office: (212) 376-6433
Fax: (212) 376-6490
E-mail: jahess@mdwcg.com

So ordered   ( /s/(ARR)
6/21/17